IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

    *Plaintiff*,

        *v.*

UNITED STATES DEPARTMENT OF
JUSTICE,

    *Defendant*.

Case No. 16-883-JDB

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Judicial Watch, Inc. and Defendant U.S. Department of Justice hereby stipulate to the dismissal of this action with prejudice, each party bearing its own costs and fees.

Dated: August 22, 2016

*s/ Chris Fedeli*
Chris Fedeli
**JUDICIAL WATCH, INC.**
425 Third Street, SW
Washington, DC 20024
(202) 646-5172
cfedeli@judicialwatch.org

*Attorney for Plaintiff*

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*s/ Adam Grogg*
ADAM GROGG
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
(202) 514-2395
adam.a.grogg@usdoj.gov

*Attorneys for Defendant*